UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOHAMMED ANEES, A# 46 193 028 : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | No. 3:02CV1393 (DJS) |
| : | |
| JOHN ASHCROFT, Attorney : | |
| General of the United States, : | |
| : | |
| Respondent. : | |

### ORDER

On July 9, 2003, the court stayed proceedings regarding petitioner's application until January 10, 2004 in order to allow for the completion of relevant administrative proceedings. On January 9, 2004, counsel for the Government advised the undersigned that the administrative proceedings would likely not be completed within the next sixty days. Therefore, the stay of these proceedings is continued until the earlier of **March 31, 2004,** or such time as the parties advise the court that the relevant administrative proceedings have concluded. The Government's motions to dismiss the petition (dkt. #s 7 & 16) are **DENIED without prejudice** to renewal upon the conclusion of the stay in this matter.

So ordered this 9th day of January 2004

/s/DJS

_____
**DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE**