UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MOHAMMED ANEES, A# 46 193 028   :
                                :
    Petitioner,              :
                                :
v.                              :    No. 3:02CV1393 (DJS)
                                :
JOHN ASHCROFT, Attorney         :
General of the United States,   :
                                :
    Respondent.              :

### ORDER

On August 12, 2002, petitioner Mohammed Anees filed a petition for a writ of habeas corpus for relief from his impending removal from the United States.  This court entered a stay of removal on August 16, 2002.  On July 9, 2003 and January 9, 2004, the court stayed all proceedings on this petition until March 31, 2004.  In consideration of the representations made during a telephone conference on April 2, 2004, the court orders the following:

    1.   The stay of these proceedings is terminated.

    2.   The court will determine whether it has subject matter jurisdiction to hear petitioner's claims as amended.  The parties shall submit memoranda of law regarding the court's subject matter jurisdiction over petitioner's claims on or before **April 23, 2004.**  The court will consider the arguments raised in prior submissions as well.

    3.   The parties shall commence discovery in this matter

immediately.  Discovery shall end on or before **June 11, 2004.**

    4.  During the week of June 14, 2004, the parties shall contact chambers to schedule a telephone conference to discuss further proceedings regarding this petition.

    So ordered this 5th day of April, 2004.

                                            **/s/DJS**
                         _____
                           **DOMINIC J. SQUATRITO**
                           **UNITED STATES DISTRICT JUDGE**