UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

April 2, 2004

3:30 pm

CASE NO. **3-02-cv-1393(DJS)**    **Mohammad Anees v Attorney General's Office**

Roberto T. Lucheme
41 Hebron Ave.
Glastonbury, CT 06033

Michael G. Moore
Law Offices of Maria De Castro Foden
107 Oak St.
Hartford, CT 06106

Douglas P. Morabito
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Deborah R. Slater
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK