UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MOHAMMAD ANEES, | : | |
| | : | |
| Petitioner | : | DOCKET NO. 3:02-CV-1393 (DJS) |
| | : | |
| v. | : | |
| | : | |
| ATTORNEY GENERAL | : | |
| JOHN ASHCROFT, | : | |
| | : | |
| Respondent | : | May 13, 2004 |

## MOTION TO STAY PROCEEDINGS

The Respondent, John Ashcroft,[1] respectfully submits this motion to stay discovery and to stay a hearing on petitioner's derivative citizenship claim pending a decision by the Court on the Respondent's claim that the Court lacks jurisdiction to entertain the petitioner's habeas claims. Moreover, the Respondent requests that the Court also stay this matter because the issue of whether petitioner's citizenship claim may be brought in the district court in the first instance or whether it must first be brought in the Court of Appeals is currently on appeal at the United States Court of Appeals for the Second Circuit in <u>Lee v. Ashcroft</u>, Docket Nos. 03-2522, 03-2529. Considerable time and expense will be saved by entry of a stay

---

[1] On March 1, 2003, the Immigration and Naturalization Service ("INS") was abolished and its functions transferred to three bureaus within the Department of Homeland Security. The enforcement functions of INS were transferred to the Bureau of Immigration and Customs Enforcement ("BICE") within the Department of Homeland Security, an agency headed by Tom Ridge.

pending a decision by the Court of Appeals.  As such, the Respondent respectfully requests that the Court stay this case pending a decision by this Court on the jurisdictional grounds raised by the Respondent as well as a decision by the Second Circuit on the citizenship issue.

    Petitioner's counsel has no objection to the filing of the motion for stay but objects to the relief sought by the Respondent.

```
                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY



                      By:     _____
                              DOUGLAS P. MORABITO
                              ASSISTANT UNITED STATES ATTORNEY
                              Federal Bar No. ct20962
                              157 Church Street, 24th Floor
                              New Haven, CT 06510
```

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the attached has been served upon petitioner this 13th day of May 2004, by mailing a copy thereof, to:

Roberto T. Lucheme, Esq.
41 Hebron Avenue
Glastonbury, CT 06033
Attorney for Petitioner

_____
Douglas P. Morabito