FILED

2004 MAY 21  P 2: 04

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MOHAMMED ANEES,                          Docket 3:02cv1393(DJS)
      Petitioner

v.

JOHN ASHCROFT,
      Respondent                            MAY 19, 2004

### PETITIONER'S MEMORANDUM IN OPPOSITION
### TO
### RESPONDENT'S MOTION FOR STAY

The Petitioner respectfully opposes the Respondent's Motion to Stay Proceedings. While it is true that the Petitioner has relied upon <u>Lee v. Ashcroft</u>, 2003 U.S. Dist. LEXIS 17585 (E.D.N.Y. May 27, 2003), now on appeal in the 2d Circuit as Docket Nos. 03-2522, 03-2529) in support of his position, the mere fact that the <u>Lee</u> case is on appeal should not bar the Petitioner from proceeding with his own case on the merits for one or more of the following reasons:

1. The Respondent has not offered the Petitioner release on bond or other conditions in exchange for such a stay.

2. Petitioner's freedom interests are implicated.

3. In the event that the Petitioner prevails in this Court, this Court could order the Petitioner's release, even were the Respondent to appeal further.

4. A stay of discovery could delay discovery of evidence that would establish the Petitioner's claim of derivative citizenship; possibly even to the Respondent's own satisfaction.

5. The right of United States citizens not to be removed is fundamental.

6. The Respondent would in no way be prejudiced by the speedy resolution of this matter at the U.S. District Court level. The Respondent would retain its right to consolidate its appeal with that of Lee, supra.

WHEREFORE, the Petioner respectfully opposes the Respondent's Motion to Stay Proceedings, or in the alternative, states that such Motion to Stay should only be granted upon at least one of two conditions:

a. Petitioner is granted release from incarceration under reasonable terms and conditions; or

b. Petitioner is deemed to have factually established that he is a derivative citizen and any appeal from such ruling is limited to the issues presently on appeal in Lee.

PETITIONER

_____
by Roberto T. Lucheme, Esq.
His Attorney
41 Hebron Avenue
Glastonbury, CT 06033

CT 09 911

(860) 633-1962
Fax: (860) 659-4482

## CERTIFICATION

I hereby certify that a copy of the above was mailed first-class, postage prepaid or hand delivered or where permissible, electronically delivered, on May 19, 2004 to the following counsel of record:

Douglas Morabito, Esq.
Assistant U.S. Attorney
157 Church Street
P.O. Box 1824
23d Floor
New Haven, CT 06510

_____
Roberto T. Lucheme, Esq..

3