UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MOHAMMAD ANEES**<br>    Petitioner | : |
| v. | : CIVIL NO.: 3:02cv1393(DJS) |
| **ATTORNEY GENERAL, John Ashcroft, USA**<br>    Respondent | : |

**ORDER**

This case has been reported settled. Counsel shall appear, with persons with authority to settle, before the Court on **September 7, 2004 at 10:00 a.m.** to place the terms of the settlement on the record, or the parties shall file a stipulation on or before **September 3, 2004** reflecting the same.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___24th___ day of August, 2004.

                                              /s/DJS
                                              Dominic J. Squatrito
                                              United States District Judge