02cv1393 min

HONORABLE _Squatrito_

DEPUTY CLERK _Colyn_     RPTR/ERO/TAPE _Lamoureux_

TOTAL TIME: ___ hours _6_ minutes

DATE _9/7/04_     START TIME _10:05_   END TIME _10:11_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____     (if more than 1/2 hour)

CIVIL NO. _3:02cv1393_

_Anees_

vs.

_Attorney General_

§
§
§
§
§

_Roberta T. Lucheme_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Douglas Marabito_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☒ Miscellaneous Hearing
   _Sett_

**MOTION
DOCUMENT NO.**

| | | | | |
|---|---|---|---|---|
| ☐ .... _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____  ☐ Proposed Findings due _____   Response due _____

| | | |
|---|---|---|
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |

☐ .... _____ Hearing continued until _____ at _____

_Settlement on the Record._