UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MOHAMMED ANEES, A# 46 193 028 :
:
    Petitioner, :
:
v. : No. 3:02CV1393 (DJS)
:
JOHN ASHCROFT, Attorney :
General of the United States, :
:
    Respondent. :

### ORDER

On August 12, 2002, petitioner Mohammed Anees filed a petition for a writ of habeas corpus for relief from his impending removal from the United States. Pursuant to the terms of settlement placed on the record in open court on September 7, 2004, this court's July 2, 2004 decision is **VACATED** and this case is **DISMISSED without prejudice**. The court retains jurisdiction to enforce the terms of the settlement agreement. The Clerk of the Court shall close this file.

So ordered this 7th day of August, 2004.

                                     DOMINIC J. SQUATRITO
                                     UNITED STATES DISTRICT JUDGE